Marta S. MARTINEZ, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2011–3072.

United States Court of Appeals, Federal Circuit.

Oct. 26, 2011.

Edward P. Fahey, Jr., Attorney at Law, Laredo, TX, for Petitioner.

Douglas G. Edelschick, Department of Justice, Washington, DC, for Respondent.

Before PROST, MAYER, and GAJARSA, Circuit Judges.

**ON MOTION**

PER CURIAM.

**ORDER**

Marta S. Martinez moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.